IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRCIT OF FLORIDA
JACKSONVILLE DIVISION

THOMAS SMALLS,

    Plaintiff,

-vs-                                  CASE NO.: 3:16-CV-01229-MMH-JBT

MONTEREY FINANCIAL
SERVICES, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, THOMAS SMALLS, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, THOMAS SMALLS, and Defendant, MONTEREY FINANCIAL SERVICES, INC., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                                          /s/Frank H. Kerney, III, Esquire
                                                          Frank H. Kerney, III, Esquire
                                                          Florida Bar #: 88672
                                                          Morgan & Morgan, Tampa, P.A.
                                                          One Tampa City Center
                                                          201 North Franklin Street, 7th Floor
                                                          Tampa, FL 33602
                                                          Telephone: (813) 223-5505
                                                          Facsimile:  (813) 223-5402
                                                          fkerney@forthepeople.com
                                                          jkneeland@forthepeople.com
                                                          cfallara@forthepeople.com
                                                          Counsel for Plaintiff