**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

THOMAS SMALLS,

    Plaintiff,

v.                              Case No.   3:16-cv-1229-J-34JBT

MONTEREY FINANCIAL SERVICES, INC.,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt. No. 7; Notice) filed on October 27, 2016.  In the Notice, Plaintiff requests dismissal of this matter with prejudice.  See Notice at 1.  Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment.  Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 28th day of October, 2016.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Parties